# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**MELVIN O. WRIGHT, SR.,**

          **Plaintiff,**

V.                        **CASE NUMBER: 9:04-CV-0308 (NAM/GJD)**

**NEW YORK STATE DEPARTMENT OF
CORRECTIONAL SERVICES; COMMISSIONER
GOORD; A. DIRIE, Corrections Officer; M.
McDERMOTT, Corrections Officer; M. KASUNIC,
Corrections Officer,
C.O. BUSHEY,**

          **Defendants.**

[ ]       **Jury Verdict.**  This action came before the Court for a trial by jury. The issues  have been tried and the jury has rendered its verdict.

[ X ]     **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of Defendants in accordance with the Order by Chief United States District Court Judge Norman A. Mordue, filed March 22, 2006.

March 23, 2006                        *LAWRENCE K. BAERMAN*

_____

DATE                                   CLERK

Entered on the Docket: 3/23/2006        \_\_\_\_    s/ April L. Hudson_____
                                         (BY) DEPUTY CLERK